

| Case Information Summary for Case Number |
|---|
| 2020-L-006904 |

Filing Date: 06/29/2020  Case Type: CONTRACT
Division: Law Division  District: First Municipal
Ad Damnum: $0.00  Calendar: U

## Party Information

**Plaintiff(s)**  
NORWEGIAN AIR SHUTTLE ASA

**Attorney(s)**  
DICELLO LEVITT & CASEY LL  
10 N DEARBORN ST  
CHICAGO IL, 60602  
(312) 214-7900

ARCTIC AVIATION ASSETS DA

**Defendant(s)**  **Defendant Date of Service**  **Attorney(s)**
BOEING COMMERCIAL AVIATIO  
THE BOEING COMPANY

## Case Activity

Activity Date: 06/29/2020   Participant: NORWEGIAN AIR SHUTTLE ASA

CONTRACT COMPLAINT FILED (JURY DEMAND)

Court Fee: 600.50   Attorney: DICELLO LEVITT & CASEY LL

Activity Date: 06/29/2020   Participant: NORWEGIAN AIR SHUTTLE ASA

SUMMONS ISSUED AND RETURNABLE

Attorney: DICELLO LEVITT & CASEY LL

Activity Date: 06/29/2020   Participant: NORWEGIAN AIR SHUTTLE ASA

SUMMONS ISSUED AND RETURNABLE

Attorney: DICELLO LEVITT & CASEY

LL

| | |
|---|---|
| Activity Date: 06/29/2020 | Participant: NORWEGIAN AIR SHUTTLE ASA |

CASE SET ON STATUS CALL

Date: 10/29/2020

Court Time: 0930

Judge: OTTO, MICHAEL F.

| | |
|---|---|
| Activity Date: 06/29/2020 | Participant: NORWEGIAN AIR SHUTTLE ASA |

CASE SET ON INDIVIDUAL CALENDAR

Back to Top

Please note: Neither the Circuit Court of Cook County nor the Clerk of the Circuit Court of Cook County warrants the accuracy, completeness, or the currency of this data. This data is not an official record of the Court or the Clerk and may not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data in our master database.