# THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| NORWEGIAN AIR SHUTTLE ASA and ARCTIC AVIATION ASSETS DAC,<br><br>        Plaintiffs,<br><br>  v.<br><br>THE BOEING COMPANY and BOEING COMMERCIAL AVIATION SERVICES EUROPE LIMITED,<br><br>        Defendants. | No. |

## BOEING'S CORPORATE DISCLOSURE STATEMENT

Defendant The Boeing Company ("Boeing") files the following corporate disclosure statement under Federal Rule of Civil Procedure 7.1 and Local Rule 3.2(a).

1. Boeing has no parent corporation.

2. As of May 28, 2020, no corporation has filed a Schedule 13 with the U.S. Securities and Exchange Commission disclosing ownership of ten percent or more of Boeing's stock.

3. Additionally, the following corporations have disclosed, in filings with the U.S. Securities and Exchange Commission, beneficial ownership of 5% or more of the outstanding stock of The Boeing Company as of December 31, 2019: (1) The Vanguard Group; (2) T. Rowe Price Associates, Inc.; (3) Newport Trust Company; and (4) BlackRock, Inc.

                                                Respectfully submitted,

                                                THE BOEING COMPANY


                                                By: s/ Kathleen A. Stetsko
                                                    One of Its Attorneys

92279278.1

Eric B. Wolff
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Fax: 206.359.9000
Email: EWolff@perkinscoie.com

Kathleen A. Stetsko
PERKINS COIE LLP
131 S Dearborn Street # 1700
Telephone: 312.324.8400
Fax: 312.324.9400
Email: KStetsko@perkinscoie.com

## CERTIFICATE OF SERVICE

I, Kathleen A. Stetsko, certify that on July 13, 2020, I electronically filed the foregoing **BOEING'S CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

I certify under penalty of perjury that the foregoing is true and correct.

    /s/    Kathleen A. Stetsko
PERKINS COIE LLP
131 South Dearborn Street, Suite No. 1700
Chicago, Illinois 60603-5559
Tel: (312) 324-8400
Fax: (312) 324-9400