IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| **NORWEGIAN AIR SHUTTLE ASA,** *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) Case No. 1:20-cv-04108 |
| | ) |
| v. | ) Hon. Andrea R. Wood |
| | ) |
| **THE BOEING COMPANY,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**OPPOSITION TO STIPULATION AND SETTLEMENT AND REQUEST FOR HEARING ON THE NORWEGIAN AIR SHUTTLE PILOTS' MOTION TO INTERVENE**

Intervenor, Cpt. David Saunders ("Cpt. Saunders" or the "Intervenor"), a former Norwegian Air Shuttle pilot and the proposed class representative in *Saunders v. The Boeing Company*, Case No. 1:19-cv-05017 (N.D. Ill.) (the "NAS MAX Pilots Case") (consolidated within *Crye v. The Boeing Company*, Case No. 1:19-cv-05008 (N.D. Ill.)), filed a Motion to Intervene (Dkt. #61), pursuant to Federal Rules of Civil Procedure 60(b)(4) and 60(b)(6). His undersigned counsel filed its appearance on May 19, 2021. (Dkt. #63).

The Intervenor did not initially notice the motion for hearing due to the on-going COVID protocols and the (seemingly) reasonable expectation that, by filing the motion, his interests and those of the other Norwegian Air Shuttle pilots would be included in the negotiations between the Plaintiff and the Defendant. Unfortunately, that did not happened.

On or about June 6, 2022, the Plaintiff and the Defendant reported to the Court that they had reached some sort of settlement, but failed to disclose any of the details of that settlement. Neither the Intervenor nor his counsel was consulted during the negotiations or provided any information regarding the proposed settlement.

1

On June 15, 2022, counsel to the Intervenor reached out to the Court for guidance on how to proceed on its motion, considering the COVID protocols. The Court's clerk responded the next day, informing counsel that he would check with the Court, and respond. Counsel did not receive a response.

On June 22, 2022, the parties in the above-captioned case filed a two paragraph Notice and Stipulation of Dismissal with Prejudice with no detail as to the terms of the proposed settlement. The Parties still have not consulted with counsel to the proposed intervenor. On information and behalf, the Parties also have not consulted with the other proposed intervenor.[1]

Cpt. Saunders and the NAS pilots who lost their jobs and had their careers derailed by Boeing's lies have a right to be heard. As the Seventh Circuit clearly stated in *Atlantic Mut. Ins. Co. v. Northwest Airlines, Inc.*, the "settlement of litigation by the original parties is not conclusive if a third party possessing an interest in 'the property or transaction which is the subject of the action' has been excluded from the negotiations. Intervention permits such an entity to prevent the original litigants from bargaining away its interests. If they beat the intervenor to the punch, the court may annul the settlement in order to give all interested persons adequate opportunity to participate in the negotiations and proceedings." 24 F.3d 958 (1994) (citations omitted).

The proposed Stipulation could have a significant impact on the rights of the Movant. Although unlikely, the proposed Stipulation may provide some form of compensation for the Intervenor and the other NAS pilots who were terminated by NAS as a result of Boeing

---

[1] *See* Motion to Intervene (Dkt #38), filed on behalf of proposed intervenors AAA MAX 1 Limited, AAA MAX 2 Limited, AAA MAX 3 Limited, AAA MAX 4 Limited, AAA B787 2 Limited and AAA B787 3 Limited, aircraft finance companies who were also victims of Boeing fraudulent misrepresentation regarding the MAX.

misrepresentations; an action by which NAS mitigating its damages caused by Boeing's widely and publicly admitted misrepresentations regarding the MAX.

Attached is the affidavit of former NAS, MAX-certified pilot Jacopo Filippo Modena. The Movant intends to file his affidavit and affidavits of other former NAS, MAX-certified pilots whose careers have been permanently damages in support of this opposition.

**WHEREFORE**, the Movant respectfully requests (i) a hearing on his Motion to Intervene (ii) an order setting the Stipulation aside or, at a minimum, staying the Stipulation until the proposed Intervenor has an opportunity to review the terms of the proposed settlement, (iii) an order requiring the Parties to publicly disclose the terms of the proposed settlement which affect so many other parties than NAS and Boeing, and (iv) such other relief as may be appropriate under the circumstances.

Dated: June 22, 2022  
Chicago, Illinois

Respectfully submitted by:

Patrick M. Jones, One of the Attorneys
for Cpt. Saunders

PMJ PLLC

Patrick M. Jones
Sarah M. Beaujour
The National Building, 17th Floor
Chicago, Illinois 60603
Tel: (312) 255-7976
Email: pmj@pmjpllc.com
Email: sb@pmjpllc.com

and

IALPG PTY LTD (t/as International Aerospace Law & Policy Group)

Joseph C. Wheeler
1D, 7/139 Junction Road
Clayfield, Queensland, Australia 4011
Tel: +61 7 3040 1099
Email: jwheeler@ialpg.com

(Application forthcoming for admission *Pro Hac Vice*)

Attorneys for the Movant

<h1 style="text-align:center">CERTIFICATE OF SERVICE</h1>

I, Patrick M. Jones, one of the attorneys for the Movant hereby certifies that on June 22, 2022, did serve a copy of the foregoing OPPOSITION TO STIPULATION AND SETTLEMENT AND REQUEST FOR HEARING ON THE NORWEGIAN AIR SHUTTLE PILOTS' MOTION TO INTERVENE mailed by regular U.S. mail and via electronic mail to the following parties:

Attorneys For Plaintiffs:

Adam J. Levitt
Brittany Erin Hartwig
John E Tangren
DiCello Levitt Gutzler LLC
10 North Dearborn Street – 6th Floor
Chicago, IL 60602
Tel: (312) 214-7900
Email: alevitt@dicellolevitt.com
Email: Bhartwig@dicellolevitt.com
Email: jtangren@dicellolevitt.com

Dennis H. Tracey, III
David R. Michaeli
Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
Tel: (212) 918-3000
Email: dennis.tracey@hoganlovells.com
Email: david.michaeli@hoganlovells.com

Attorneys for Boeing Defendants:

Dan K. Webb
Christopher B Essig
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601-9703
Tel: (312) 558-5600
Email: dwebb@winston.com
Email: cessig@winston.com

Eric Brian Wolff
Kathleen A. Stetsko
Perkins Coie Llp
1201 3rd Avenue
Ste 4900
Seattle, WA 98101

Tel: (206) 359-3779
Email: ewolff@perkinscoie.com
Email: kstetsko@perkinscoie.com

Attorneys for Subsidiary Intervenors:

Mitchell A. Orpett
Justyna M Kruk
TRIBLER, ORPETT & MEYER, P.C.
225 W. Washington – Suite 2550
Chicago, IL 60606
Tel: (312) 201-6400
Email: maorpett@tribler.com
Email: jmkruk@tribler.com

                                            /s/ Patrick M. Jones